UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 99-843-CR-MOORE

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MATTHEW McFARLANE,

    Defendant.
_____/

FILED by _____ D.C.

JUL 2 4 2000

CLARENCE MADDOX
CLERK. U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## JUDGMENT OF ACQUITTAL

The above-entitled cause having come on for trial and the jury having found the Defendant Not Guilty as to each of Counts 1, 2, 3 and 4, Judgment of Acquittal is hereby entered as to Defendant MATTHEW McFARLANE. Further, it is

ORDERED AND ADJUDGED that the Defendant be discharged and exonerated of bond, if any, as to the counts hereinabove specified, otherwise the bond shall remain in full force and effect. Further, it is

ORDERED AND ADJUDGED that the U.S. Marshal shall release the above Defendant forthwith.

DONE AND ORDERED in Chambers at Miami, Florida, this __24th__ day of July, 2000.

_____
for K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

copies provided:

Troy Ferguson, AUSA (MIA)
Donnal Mixon, AFPD
U.S. Marshal (2 cert. cy.)
U.S. Probation Office
Pretrial Services